FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; JULIE HIGDON and SHELLY BAKKEN, Relators,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>JULIE M. CHRISTIANSEN and JOHN DOE CHRISTIANSEN, individually and on behalf of the marital community therein; MATTHEW KILGORE and JANE DOE KILGORE, individually and on behalf of the marital community therein; MAUREEN N. ELSTON and JOHN DOE ELSTON, individually and on behalf of the marital community therein; and ABILIA HEALTHCARE LLC a Washington limited liability company; PAUL MEANS individually,<br><br>                                    Defendants. | NO:  2:21-CV-0136-TOR<br><br>ORDER OF DISMISSAL |

ORDER OF DISMISSAL ~ 1

On April 7, 2021, a *Qui Tam* False Claims Act Complaint was filed in this case. ECF No. 1. On May 23, 2022, the United States filed a Notice of Election to Decline to Intervene. ECF No. 8. The next day, May 24, 2022, the Court entered an Order unsealing the case and ordering the Relators to serve the Complaint upon the Defendants. ECF No. 9. There have been no further filings by the Plaintiff or Defendants in this case.

On September 8, 2022, this Court entered an Order to Show Cause as to why this case should not be dismissed for failure to properly serve defendants and otherwise prosecute the case. Plaintiffs were given until September 22, 2022 to show cause. Nothing has been filed.

Accordingly, **IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to Plaintiffs, and **CLOSE** the file.

DATED September 23, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2