AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; JULIE HIGDON and SHELLY BAKKEN, Relators, *Plaintiff* v. JULIE M. CHRISTIANSEN and JOHN DOE CHRISTIANSEN, individually and on behalf of the marital community therein; MATTHEW KILGORE and JANE DOE KILGORE, individually and on behalf of the marital community therein; MAUREEN N. ELSTON and JOHN DOE ELSTON, individually and on behalf of the marital community therein; and ABILIA HEALTHCARE LLC a Washington limited liability company; PAUL MEANS individually, *Defendant* | ) ) ) ) ) ) Civil Action No. 2:21-CV-0136-TOR |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2022**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   All claims and causes of action in this matter are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE.

Date: 9/23/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez